UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~
PAUL WILLIAMS and ARTHUR WILLIAMS,

                        Plaintiffs,

         vs.                              1:06-CV-1120

SMITH AVENUE MOVING CO.; ESTATE OF
FREDERICK G. FAERBER; GARY FAERBER;
SMITH AVENUE STORAGE CO.; BONNIE
COLIUKOS; ROBERT FAERBER; and NORTH
STAR AUCTION GALLERIES, INC.,

                        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~
APPEARANCES:                         OF COUNSEL:

JOSEPH J. HASPEL, ESQ.
Attorney for Plaintiffs
40 Matthews Street
Goshen, NY 10924

WILLIAM P. PAPE, ESQ.
Attorney for Defendants Smith Avenue Moving Co.;
   Estate of Frederick G. Faerber;
   Smith Avenue Storage Co.; and
   Bonnie Coliukos
59 Sawdust Avenue
Kingston, NY 12401-8445

RUSK, WADLIN, HEPPNER &                DANA D. BLACKMON, ESQ.
   MARTUSCELLO, LLP                    JASON J. KOVACS, ESQ.
Attorneys for Defendants Gary Faerber
   and Robert Faerber
255 Fair Street
PO Box 3356
Kingston, NY 12401

CLAUDIA DAVENPORT, ESQ.
Attorney for Defendant North Star Auction Galleries, Inc.
110 Maiden Lane
Kingston, NY 12401

DAVID N. HURD
United States District Judge

## O R D E R

Amend the second paragraph of the FACTS section of the Memorandum-Decision and Order dated October 21, 2008, as follows: replace the third and fourth sentences with the following:

After her death, Frederick Faerber and his siblings, Gary Faerber, Robert Faerber, and Patricia Whittaker jointly owned the real property.  Frederick Faerber, his wife, and his daughter, Ms. Coliukos, operated Smith Storage.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 27, 2008
       Utica, New York.